UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH RIVERA,
   a/k/a "Shorty,"

               *Defendant.*

**ORDER**

22 Cr. 192 (JSR)

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 21, 2022;

      WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

      WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       February 23, 2023

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK